JAMES B. IRWIN, RESPONDENT, *v.* WILLIAM T. JUDD, APPELLNAT.

*Undertaking given on procuring an order of arrest — power of the court to allow an amendment of defects therein.*

APPEAL from an order made at Special Term, denying a motion to vacate an order of arrest and allowing the plaintiff to amend the undertaking given when it was granted.

The undertaking was defective in not being joint and several as required by section 812 of the Code of Civil Procedure, and in not providing that the plaintiff would pay all costs which might be awarded to the defendant, and all damages which he might sustain by reason of the arrest, if the defendant recovered judgment, or if it was finally decided that the plaintiff was not entitled to the order of arrest, as required by section 559 of the said Code, as amended in 1879.

The court, at General Term, said : " The power to amend an undertaking, defective even in matter of substance, is conferred by section 730 of the Code of Civil Procedure. This is obvious when we read this section in connection with section 729 and consider that, under the latter, an amendment of an undertaking defective in matter not of substance is unnecessary. Sections 723 and 724 are also very broad in permitting amendments to cure mistakes, omissions, defects and irregularities. We think the amendment was properly allowed."

*James L. Bishop,* for the appellant.    *G. Irvine Whitehead,* for the respondent.

Opinion by BARRETT, J.

Present — DAVIS, P. J., BRADY and BARRETT, JJ.

Order affirmed, with ten dollars costs and disbursements.